IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**DAVID SMITH, #57598**                                                **PLAINTIFF**

**VERSUS**                                   **CIVIL ACTION NO. 3:05cv457TSL-JCS**

**HINDS COUNTY DETENTION FACILITY**                        **DEFENDANT**

**FINAL JUDGMENT**

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the   24th   day of  July, 2006.


                                            /s/Tom S. Lee
                                           UNITED STATES DISTRICT JUDGE